IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GERALD DEXTER JONES,<br><br>           Plaintiff<br><br>VS.<br><br>IRA EDWARDS, *et al.*,<br><br>           Defendants | NO.  3:06-CV-35 (CAR)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## O R D E R

Before the court is plaintiff GERALD DEXTER JONES' letter-motion to stay the proceedings in the above-styled case (Tab #19) and the responses of defendants CATHY MINISH and SOUTHERN HEALTHCARE PARTNERS (Tabs #20 and #21).  As pointed out in the defendants' responses, plaintiff Jones' motion makes no showing of *cause* as to why the proceeding should be delayed, stating only that he could find an attorney to take his case by February.

Plaintiff Jones is proceeding herein *pro se*.  He has provided no valid reason to delay the proceedings.  While he is certainly free to seek the services of an attorney, since he has already filed his complaint *pro se*, he must continue to prosecute it or face dismissal.  Accordingly , the plaintiff's Motion to Stay the proceedings (Tab #19) is DENIED.

SO ORDERED AND DIRECTED, this 15th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE